```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFONSO ROCHELL, )<br>          Plaintiff, )<br>      v. )<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>          Defendant. )<br>_____ ) | CIVIL NO. 04-02684 VRW<br><br>STIPULATION AND ORDER<br>APPROVING COMPROMISE<br>SETTLEMENT OF ATTORNEY<br>FEES PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

      The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

      1. Defendant shall pay FOUR THOUSAND DOLLARS ($4,000.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. [1] The check is to be payable to plaintiff's counsel:

```
                    PAYABLE TO:
                MORRISON & FOERSTER
                   425 MARKET ST.
              SAN FRANCISCO, CA 94105
              (415) 268-7595; FAX 7522
```

      2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

---

1/. This amount includes costs.

Act.

3. Payment of the FOUR THOUSAND DOLLARS ($4,000.00) EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this court action.

Dated: February 14, 2006          /s/
                                  TEL B. CARY-SADLER
                                  Attorney for Plaintiff

                                  KEVIN V. RYAN
                                  United States Attorney

Dated: February 15, 2006    By:   /s/
                                  SARA WINSLOW
                                  Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

APPROVED
Judge Vaughn R Walker

Dated: _____
                                  VAUGHN R. WALKER
                                  United States District Chief Judge

ROCHELL, EAJA STIP (jf)
C 04-02684 VRW                        2